SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  Christine A. Roberts, NV SBN 6472
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 382-6440
Fax Number: (702) 384-9102

Attorneys for Bank of Nevada

**Electronically Filed: August 10, 2009**

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

In re

JOSEPH A. BOATENG,

        Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. BK-S-09-20744-LBR

Chapter 13

Date:  N/A
Time:  N/A
Ctrm:  1
     Foley Federal Building
     300 Las Vegas Blvd. South
     Las Vegas, NV 89101
Judge: Hon. Linda B. Reigle

## REQUEST FOR SPECIAL NOTICE
## AND TO BE ADDED TO THE MASTER MAILING MATRIX

**PLEASE TAKE NOTICE** that Creditor, Bank of Nevada hereby requests that notice of all events relevant to the bankruptcy case of Joseph A. Boateng, and copies of all notices, pleadings and other documents filed in this case, including all pleadings or notices to be given under Rule 2002 of the Federal Rules of Bankruptcy Procedure, be served on its attorneys as follows:

    Christine A. Roberts, NV SBN 6472
    Sullivan, Hill, Lewin, Rez & Engel
    228 South Fourth Street, First Floor
    Las Vegas, NV 89101
    Email: roberts@shlaw.com

/ / /

/ / /

/ / /

::ODMA\PCDOCS\PCDOCS\300918\1

1 |     In addition, Bank of Nevada requests that its attorneys be added to the Master Mailing Matrix in this case and, as said attorneys of record, that we receive notice of all proceedings in this matter.

Dated:    August 7, 2009

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By: *[signature]*
CHRISTINE A. ROBERTS, ESQ.
Attorneys for Bank of Nevada